**Electronically Filed
Supreme Court
SCWC-10-0000188
28-JAN-2013
12:13 PM**

SCWC-10-0000188

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

COUNTY OF HAWAIʻI, a municipal
corporation of the State of Hawaiʻi,
Respondent/Plaintiff-Appellee,

vs.

UNIDEV, LLC, a Delaware limited liability company,
Petitioner/Defendant and Counterclaimant-Appellant,

vs.

COUNTY OF HAWAIʻI, a municipal corporation of the State of
Hawaiʻi, HAWAII ISLAND HOUSING TRUST, a Hawaiʻi corporation; and
WAIKOLOA WORKFORCE HOUSING, LLC, a Hawaiʻi limited liability
company, Respondents/Counterclaim Defendants-Appellees,
(CIVIL NO. 09-1-264K)

----------------------------------------------------

COUNTY OF HAWAIʻI, a municipal
corporation of the State of Hawaiʻi,
Respondent/Plaintiff-Appellant,

vs.

UNIDEV, LLC, a Delaware limited liability company,
and UNIDEV HAWAII, LLC, a Delaware limited
liability company, Petitioners/Defendants-Appellees.
(CIVIL NO. 10-1-427K)

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-10-0000188;[1] CIVIL NOS. 09-1-264K and 10-1-427K)

---

[1]     CAAP-11-0000019 was consolidated with CAAP-10-0000188 on November
23, 2011.

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By:  Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

The Application for Writ of Certiorari filed on

December 17, 2012 by Petitioner/Defendant-Appellant UNIDEV, LLC

and Petitoners/Defendants-Appellees UNIDEV, LLC, and UNIDEV

HAWAII, LLC is hereby accepted and will be scheduled for oral

argument.  The parties will be notified by the appellate clerk

regarding scheduling.

DATED:  Honolulu, Hawaiʻi, January 28, 2013.

| | |
|---|---|
| Paul Alston, | /s/ Mark E. Recktenwald |
| Maren L. Calvert, | |
| and Claire Wong Black, | /s/ Paula A. Nakayama |
| for petitioner | |
| | /s/ Simeon R. Acoba, Jr. |
| Katherine A. Garson, | |
| Laureen L. Martin, | /s/ Sabrina S. McKenna |
| and Joseph K. Kamelamela | |
| for respondent | /s/ Richard W. Pollack |

